# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **VANESSA SHELLEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:09-CV-164-VEH |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

The court having received the Plaintiff's Motion to Voluntary Dismiss Claims Against Midland Credit Management, Inc., doc. 26, advising that this case has settled, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** this the 29th day of October, 2009.

*/s/ Virginia Emerson Hopkins*

**VIRGINIA EMERSON HOPKINS**
United States District Judge